IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| **ARNOLD MCELROY,** | ) |
| Plaintiff, | ) ) ) |
| v. | ) CIV. ACT. NO. 1:19-cv-1021-TFM-N |
| **JEWELL SUMRALL**, *et. al.*, | ) ) ) |
| Defendants. | ) |

**CONSENT JUDGMENT**

This matter came before the Court upon Plaintiff, Arnold McElroy, and Defendants, Diamond Companies, Inc., Diamond Air, LLC, Bay Specialty Services, Inc., and Diamond Scaffold Services, LLC's Joint Motion for Entry of Consent Judgment as a result of a settlement between the parties. Upon the agreement of the parties, it is hereby **ORDERED**, **ADJUDGED**, and **DECREED** that the Joint Motion for Entry of Consent Judgment (Doc. 70-1) is **GRANTED** as to the non-debtor defendants not subject to the bankruptcy stay under 11 U.S.C. § 362(a).[1]

The Court **ENTERS** final judgment in favor of Plaintiff and against Defendants **Diamond Companies, Inc.**, **Diamond Air, LLC**, and **Bay Specialty Services, Inc.**, in the amount of $4,320,000, minus any payments received pursuant to the Settlement Agreement between the Parties.

**DONE** and **ORDERED** this the 8th of September, 2022.

/s/ Terry F. Moorer
TERRY F. MOORER
UNITED STATES DISTRICT JUDGE

---

[1] This consent judgment has no impact on the remaining Defendants - Jewell Sumrall, Diamond Scaffold Services Group, Inc., Diamond Scaffold Builders, LLC, and Diamond Scaffold Services, LLC